## Commonwealth *v.* Williams, Appellant.

Before DEFURIA, J.

Submitted June 9, 1975. *R. Barclay Surrick* and *Ernest Kardas,* Assistant Public Defenders, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio* and *John G. Siegle,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wilson, Appellant.

Before CANUSO, J.

Argued December 10, 1975. *Louis Sherman,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Stephen Levin* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.